Commonwealth *v.* Burkett, Appellant.

Submitted June 10, 1969. *Elizabeth Langford Green* and *Melvin Dildine,* Assistant Defend-

ers, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.